IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN ALEXIS CAPELLAN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-2809
LT Case Nos. 2014-CF-000431-A
2014-CF-002692-A

Decision filed January 31, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

John A. Capellan, DeFuniak Springs,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., MAKAR and MACIVER, JJ., concur.